# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

THE CHEROKEE NATION                                                                                      PLAINTIFF

v.                                       Case No. 4:21-mc-00004-KGB

MCKESSON CORPORATION, *et al.*                                                          DEFENDANTS

## ORDER

Before the Court is the joint stipulation and notice of withdrawal of subpoena and withdrawal of motion to quash of defendants Cardinal Health, Inc. and Cardinal Health 110, LLC (collectively "Cardinal Health") and nonparty Arkansas Medical Society ("AMS") (Dkt. No. 6). On August 6, 2021, Cardinal Health issued a subpoena duces tecum to AMS seeking the production of various documents on September 7, 2021, at the office of Cardinal Health's counsel (*Id.*, ¶ 1). Cardinal Health served properly the subpoena on August 10, 2021, and, since that time, counsel for AMS and counsel for Cardinal Health have had ongoing discussions focused on the scope of the subpoena (*Id.*, ¶ 2). On August 20, 2021, AMS filed its motion to quash while the parties continued to seek an agreement on the production of documents pursuant to the subpoena (*Id.*).

In their joint stipulation and notice, Cardinal Health and AMS state that a stipulation of dismissal as to Cardinal Health was entered in the Oklahoma matter on September 28, 2021, rendering both the subpoena and AMS's motion to quash moot (*Id.*, ¶ 3). In the light of the stipulation of dismissal of Cardinal Health in the Oklahoma matter, Cardinal Health withdraws its subpoena served on AMS, and AMS withdraws its motion to quash because it no longer needs relief under Rule 45 of the Federal Rules of Civil Procedure (*Id.*, ¶ 4).

For good cause shown, the Court adopts the joint stipulation and notice of withdrawal of subpoena and withdrawal of motion to quash of defendants Cardinal Health and AMS (*Id.*). The Court denies as moot AMS's motion to quash subpoena issued from the Eastern District of Oklahoma and Cardinal Health's unopposed motion for extension of time to respond to motion to quash (Dkt. Nos. 2, 4). The Clerk of the Court is instructed to close this matter.

So ordered this the 9th day of January, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge